# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DELMAR A. DUCASSES,

    Plaintiff(s),

v.

JAMES RIVER INSURANCE COMPANY,

    Defendant(s).

Case No.: 2:19-cv-01262-JCM-NJK

**ORDER**

(Docket No. 15)

On November 22, 2019, the parties filed their joint interim status report. Docket No. 15. However, the report fails to include the parties' certification that they "considered consent to trial by a magistrate judge," "use of the Short Trial Program," and "use of alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation." Local Rule 26-3. Accordingly, the Court **ORDERS** the parties to file a joint interim status report that fully complies with Local Rule 26-3, no later than November 27, 2019.

IT IS SO ORDERED.

Dated: November 25, 2019

                                                 Nancy J. Koppe
                                               United States Magistrate Judge