LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
lgreco@bremerwhyte.com
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
James River Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DELMAR A. DUCASSES,<br><br>  Plaintiff,<br><br>vs.<br><br>JAMES RIVER INSURANCE COMPANY; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>  Defendant. | Case No. 2:19-cv-01262-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, DELMAR A. DUCASSES, by and through his attorneys of record, Orlando De Castroverde, Esq., and Alex De Castroverde, Esq. of De Castroverde Law Group and Defendant, JAMES RIVER INSURANCE COMPANY, by and through its attorneys of record, Lucian J. Greco, Esq., Jared G. Christensen, Esq., and Deleela M. Weinerman, Esq. of Bremer Whyte Brown & O'Meara, LLP, that all of Plaintiff's claims against JAMES RIVER INSURANCE COMPANY be dismissed, without

prejudice, the parties to each bear their own fees and costs as the parties have agreed to submit this case to binding arbitration.

| Dated this 28th day of January, 2020. | Dated this 28th day of January, 2020. |
| --- | --- |
| BREMER WHYTE BROWN & O'MEARA LLP | DE CASTROVERDE LAW GROUP |
| By: /s/ Deleela M. Weinerman<br>Lucian J. Greco, Jr, Esq.<br>Nevada State Bar No. 10600<br>Jared G. Christensen, Esq.<br>Nevada State Bar No. 11538<br>Deleela M. Weinerman, Esq.<br>Nevada State Bar No. 13985<br>Attorneys for Defendant,<br>James River Insurance Company | By: /s/ Alex De Castroverde<br>Orlando De Castroverde, Esq.<br>Nevada State Bar No. 7320<br>Alex De Castroverde, Esq.<br>Nevada State Bar No. 6950<br>Attorneys for Plaintiff,<br>Delmar A. Ducasses |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: January 31, 2020

The **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** in 2:19-cv-01262-JCM-NJK was submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

/s/ Deleela M. Weinerman
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Ivey Weinerman, Esq.
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

2

1256.105 4838-3761-3486.1